NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Christopher Campbell, Esq.
Bryan Miller, Esq.
Lydecker LLP
523 West Sixth Street, Suite 716
Los Angeles, CA 90014

ATTORNEY(S) FOR:  University of Central Florida

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jane Doe | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| University of Central Florida | **CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                     University of Central Florida
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jane Doe | Plaintiff |
| University of Central Florida | Defendant |

03/11/2025
Date

Signature

Attorney of record for (or name of party appearing in pro per):

University of Central Florida