# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE<br><br>PLAINTIFF(S)<br><br>v.<br><br>JOHN ROE 1 , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25–cv–02191–GW–KES<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 3/18/2025 | 1 | Notice of Removal |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The case initiating documents such as the Civil Cover Sheet and Notice of Interested Parties were incorrectly filed as attachments. Please utilize the CM/ECF search tool to locate the appropriate events for filing. No further action is required unless directed by the Court.

Clerk, U.S. District Court

Dated: March 25, 2025                    By: /s/ *Jeannine Tillman  jeannine_tillman@cacd.uscourts.gov*
                                                    Deputy Clerk