1  Christopher Campbell, Esq. SBN 309234
2  ccampbell@lydecker.com
   Bryan Miller, Esq. SBN 178134
3  bmiller@lydecker.com
4  Javkhlan Enkhbayar, Esq. SBN 327764
   jenkhbayar@lydecker.com
5  **LYDECKER**
6  523 West Sixth Street, Suite 716
   Los Angeles, CA 90014
7  Telephone: (213) 226-7068
8  Facsimile: (213) 293-4425

9  Attorneys for Defendant University of Central Florida

10
11              **IN THE UNITED STATES DISTRICT COURT**

12          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13
14  Jane Doe, an individual,              Case No. 2:25-cv-02191-HDV-KES

15          Plaintiff,
                                          **NOTICE AS TO PLAINTIFF'S**
16  vs.                                   **FAUILRE TO MEET AND CONFER**
                                          **UNDER LOCAL RULE 7.3**
17  JOHN ROE 1, an individual; JOHN ROE
18  2, an individual; and DOES 1-100,     Complaint Filed:   January 19, 2024
    inclusive,                            Trial Date:        Not Set
19
            Defendants.
20
21  **TO THE COURT AND ALL PARTIES OF RECORD:**

22          1.)    Jane Doe/Pamela Douglas is in pro per as per the attached notice of

23  substitution of attorney dated October 23, 2024 and is <u>not</u> represented by S. Michael

24  Kernan or his office, *see* **Exhibit 1**.

25          2.)    A meet and confer letter under Local Rule 7.3 has been sent to Jane

26  Doe/Pamela Douglas on March 17, 2025, asking her to contact Lydecker for the

27  University of Central Florida, and if she is represented by counsel to have her lawyers

28  contact the undersigned, *see* **Exhibit 2**.

3.)    A second meet and confer letter under Local Rule 7.3 was sent to Jane Doe/Ms. Pamela Douglas on March 23, 2025, asking her to contact Lydecker for the University of Central Florida, and failure to meet and confer will potentially subject her sanctions under Local Rule 83-7, *see* **Exhibit 3**. In the same email, it requested that if she is represented by counsel to have her counsel contact this office.

4.)    As of March 27, 2025, our office received an email from Ms. Douglas stating that she is represented by counsel but gave no timeframe in which we would hear from them other than the vague and ambiguous term of "shortly;" *see* **Exhibit 4**.

Dated:        March 27, 2025                    **LYDECKER**

By: _____

Christopher Campbell
Bryan Miller
Javkhlan Enkhbayar
Attorneys for Defendant
University of Central Florida

NOTICE AS TO PLAINTIFF'S FAILURE TO MEET AND CONFER UNDER LOCAL RULE 7.3

# DECLARATION OF BRYAN BARNET MILLER

Bryan Barnet Miller declares:

1.    I am an attorney duly admitted to practice before this Court. I am a partner at Lydecker LLP, attorneys of record for Defendant University of Central Florida. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would testify competently to the matters stated herein.

2.    Attached hereto and incorporated herein by reference as if fully set forth is the October 23, 2024 Notice of Substitution of Attorney filed by Plaintiff Jane Doe/Pamela Douglas stating that she is in pro per; *see* **Exhibit 1**.

3.    Attached hereto and incorporated herein by reference as if fully set forth is my March 17, 2025 email to Ms. Douglas requesting to Meet and Confer under Local Rule 7.3; *see* **Exhibit 2.**

4.    Attached hereto and incorporated herein by reference as if fully set forth is my March 23, 2025 email to Ms. Douglas again requesting to Meet and Confer under Local Rule 7.3; *see* **Exhibit 3.**

5.    Attached hereto and incorporated herein by reference as if fully set forth is Ms. Douglas' March 27, 2025 email response to my Meet and Confer requests, stating that she is now represented by counsel, but giving no definitive details about who they are or when I would hear from them, *see* **Exhibit 4.**

I declare that the foregoing is true under penalty of perjury of the laws of the State of California.

Executed this day, March 27, 2025 at Encino, California.

_____
BRYAN BARNET MILLER

NOTICE AS TO PLAINTIFF'S FAILURE TO MEET AND CONFER
UNDER LOCAL RULE 7.3

**EXHIBIT 1**

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| S. Michael Kernan<br>THE KERNAN LAW FIRM<br>9663 Santa Monica Blvd., Suite 450<br>Beverly Hills, California 90210<br>TELEPHONE NO.: 310-490-9777    FAX NO. *(Optional):* 310-861-0503<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff Jane Doe | **Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>10/16/2024 3:00 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By A. Lopez, Deputy Clerk** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Streeet
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central District

CASE NAME:
Jane Doe v. John Roe

| **SUBSTITUTION OF ATTORNEY—CIVIL**<br>**(Without Court Order)** | CASE NUMBER:<br>24STCV01533 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* Jane Doe    makes the following substitution:

1. **Former legal representative**    ☐ Party represented self    ☑ Attorney *(name):* S. Michael Kernan
2. **New legal representative**    ☑ Party is representing self*    ☐ Attorney
   a. Name: Pamela Douglas    b. State Bar No. *(if applicable):*
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
      1217 Wilshire Blvd., Santa Monica, CA 90403

   d. Telephone No. *(include area code):*
3. The party making this substitution is a    ☑ plaintiff    ☐ defendant    ☐ petitioner    ☐ respondent    ☐ other *(specify):*

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- • Guardian
- • Conservator
- • Trustee
- • Personal Representative
- • Probate fiduciary
- • Corporation
- • Guardian ad litem
- • Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
Date: October 3, 2024
Pamela Douglas
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
Date: October 3, 2024
S. Michael Kernan
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
Date: October 3, 2024
Pamela Douglas
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF NEW ATTORNEY)

*(See reverse for proof of service by mail)*    **Page 1 of 2**

| Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev. January 1, 2009] | **SUBSTITUTION OF ATTORNEY—CIVIL**<br>**(Without Court Order)** | Code of Civil Procedure, §§ 284(1), 285;<br>Cal. Rules of Court, rule 3.1362<br>www.courtinfo.ca.gov |
|---|---|---|

**MC–050**

| CASE NAME: | CASE NUMBER: |
|---|---|
| — Jane Doe v. John Roe | 24STCV01533 |

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing:                    (2) Place of mailing *(city and state)*:

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          _____
        (TYPE OR PRINT NAME)                          (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4.  a. Name of person served:
    b. Address *(number, street, city, and ZIP)*:


    c. Name of person served:
    d. Address *(number, street, city, and ZIP)*:


    e. Name of person served:
    f. Address *(number, street, city, and ZIP)*:


    g. Name of person served:
    h. Address *(number, street, city, and ZIP)*:


    i. Name of person served:
    j. Address *(number, street, city, and ZIP)*:


    ☐  List of names and addresses continued in attachment.

**EXHIBIT 2**

| | |
|---|---|
| **From:** | Bryan Miller |
| **Sent:** | Monday, March 17, 2025 3:30 PM |
| **To:** | 'pkdouglas16@gmail.com' |
| **Cc:** | Bryan Miller; Chris Campbell; Javkhlan Enkhbayar; Devon MacGregor |
| **Subject:** | Meet and Confer regarding Motion to Dismiss/2:25-CV-02191-CACD |

Dear Ms. Douglas:

This law firm represents the University of Central Florida (UCF). We removed your case from the California Superior Court to the United State District Court of California-Western, Case No. 25-CV-02191.

If at any time you are represented by counsel, please let me know. My current understanding is that you are in pro per/pro se, which means that you represent yourself.

Under local federal rules, prior to law and motion, we are meant to engage in a meet and confer process.

Per LR 7-3, "Conference of Counsel Prior to Filing of Motions. In all cases not listed as exempt in L.R. 16-12, and except in connection with discovery motions (which are governed by L.R. 37-1 through 37-4) and applications under F.R.Civ.P. 65 for temporary restraining orders or preliminary injunctions, counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution**."**

This means that we must speak as soon as possible as to deficiencies in your complaint as to the UCF. I would like to engage in the process immediately, please email me at this address, or call me on my cell-phone, (818) 209-9915. So that we may discuss. Time is short on this.

Thanks,
Bryan Miller.



**Bryan Miller**
**Partner**
Phone: (213) 226-7068
Fax: (213) 293-4425
Email: bmiller@lydecker.com
Website: www.lydecker.com

NATIONAL LITIGATION LAW FIRM

523 West Sixth Street, Suite 716, Los Angeles, CA 90014

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker at (305) 416-3180, so that our address record can be corrected.

1

**EXHIBIT 3**

| | |
|---|---|
| **From:** | Bryan Miller |
| **Sent:** | Monday, March 24, 2025 5:50 PM |
| **To:** | 'pkdouglas16@gmail.com' |
| **Cc:** | Bryan Miller; Javkhlan Enkhbayar; Chris Campbell; Devon MacGregor |
| **Subject:** | Fw: Meet and Confer regarding Motion to Dismiss/2:25-CV-02191-CACD |

Dear Ms. Douglas,

This is my second request for a meet and confer under Local Rule 7-3. As I mentioned in the previous email, my law firm represents the UCF and your complaint has significant deficiencies, including allegations which violate Rule 12(b)(2), 12(b)(6), 12(b)(7) and Rule 12(e).  I would recommend that you call me to discuss the deficiencies.

Failure to engage in the meet and confer process under Local Rule 7-3 may subject you to sanctions under Local Rule 83-7.

Once again, if you are represented by counsel, please have your lawyer contact me. If you have counsel I am not allowed to speak directly with you.

Otherwise you can reach me via email or on my cell-phone (818) 209-9915.



**NATIONAL LITIGATION LAW FIRM**

523 West Sixth Street, Suite 716, Los Angeles, CA 90014

**Bryan Miller**
**Partner**
Phone: (213) 226-7068
Fax:    (213) 293-4425
Email:  bmiller@lydecker.com
Website: www.lydecker.com

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker at (305) 416-3180, so that our address record can be corrected.

---

**From:** Bryan Miller
**Sent:** Monday, March 17, 2025 3:29 PM
**To:** 'pkdouglas16@gmail.com' <pkdouglas16@gmail.com>
**Cc:** Bryan Miller <bmiller@lydecker.com>; Chris Campbell <ccampbell@lydecker.com>; Javkhlan Enkhbayar <jenkhbayar@lydecker.com>; Devon MacGregor <dmacgregor@lydecker.com>
**Subject:** Meet and Confer regarding Motion to Dismiss/2:25-CV-02191-CACD

Dear Ms. Douglas:

This law firm represents the University of Central Florida (UCF).  We removed your case from the California Superior Court to the United State District Court of California-Western, Case No. 25-CV-02191.

If at any time you are represented by counsel, please let me know.  My current understanding is that you are in pro per/pro se, which means that you represent yourself.

Under local federal rules, prior to law and motion, we are meant to engage in a meet and confer process.

Per LR 7-3, "Conference of Counsel Prior to Filing of Motions. In all cases not listed as exempt in L.R. 16-12, and except in connection with discovery motions (which are governed by L.R. 37-1 through 37-4) and applications under F.R.Civ.P. 65 for temporary restraining orders or preliminary injunctions, counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution**."**

This means that we must speak as soon as possible as to deficiencies in your complaint as to the UCF.  I would like to engage in the process immediately, please email me at this address, or call me on my cell-phone, (818) 209-9915. So that we may discuss.  Time is short on this.

Thanks,
Bryan Miller.



**NATIONAL LITIGATION LAW FIRM**

523 West Sixth Street, Suite 716, Los Angeles, CA 90014

**Bryan Miller**
**Partner**
Phone: (213) 226-7068
Fax:    (213) 293-4425
Email:  bmiller@lydecker.com
Website: www.lydecker.com

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker at (305) 416-3180, so that our address record can be corrected.

**EXHIBIT 4**

| From: | Bryan Miller |
|---|---|
| Sent: | Thursday, March 27, 2025 1:56 PM |
| To: | Chris Campbell |
| Cc: | Javkhlan Enkhbayar; Bryan Miller; Devon MacGregor |
| Subject: | FW: Fw: Meet and Confer regarding Motion to Dismiss/2:25-CV-02191-CACD |

See below.



**Bryan Miller**
**Partner**
Phone: (213) 226-7068
Fax:     (213) 293-4425
Email:  bmiller@lydecker.com
Website: www.lydecker.com

523 West Sixth Street, Suite 716, Los Angeles, CA 90014

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker at (305) 416-3180, so that our address record can be corrected.

**From:** PK Douglas <pkdouglas16@gmail.com>
**Sent:** Thursday, March 27, 2025 1:30 PM
**To:** Bryan Miller <bmiller@lydecker.com>
**Subject:** Re: Fw: Meet and Confer regarding Motion to Dismiss/2:25-CV-02191-CACD

Dear Bryan,

Apologies because I thought that my attorney did in fact reach out to you.  I realized that they were awaiting some information from me.

Please expect to hear from them shortly.

Best,
Dr. Douglas

On Mon, Mar 24, 2025 at 5:50 PM Bryan Miller <bmiller@lydecker.com> wrote:

Dear Ms. Douglas,

This is my second request for a meet and confer under Local Rule 7-3. As I mentioned in the previous email, my law firm represents the UCF and your complaint has significant deficiencies, including allegations which violate Rule 12(b)(2), 12(b)(6), 12(b)(7) and Rule 12(e).  I would recommend that you call me to discuss the deficiencies.

Failure to engage in the meet and confer process under Local Rule 7-3 may subject you to sanctions under Local Rule 83-7.

1

Once again, if you are represented by counsel, please have your lawyer contact me. If you have counsel I am not allowed to speak directly with you.

Otherwise you can reach me via email or on my cell-phone (818) 209-9915.



**Bryan Miller**
**Partner**
Phone: (213) 226-7068
Fax:    (213) 293-4425
Email:  bmiller@lydecker.com
Website: www.lydecker.com

523 West Sixth Street, Suite 716, Los Angeles, CA 90014

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker at (305) 416-3180, so that our address record can be corrected.

**From:** Bryan Miller
**Sent:** Monday, March 17, 2025 3:29 PM
**To:** 'pkdouglas16@gmail.com' <pkdouglas16@gmail.com>
**Cc:** Bryan Miller <bmiller@lydecker.com>; Chris Campbell <ccampbell@lydecker.com>; Javkhlan Enkhbayar <jenkhbayar@lydecker.com>; Devon MacGregor <dmacgregor@lydecker.com>
**Subject:** Meet and Confer regarding Motion to Dismiss/2:25-CV-02191-CACD

Dear Ms. Douglas:

This law firm represents the University of Central Florida (UCF).  We removed your case from the California Superior Court to the United State District Court of California-Western, Case No. 25-CV-02191.

If at any time you are represented by counsel, please let me know.  My current understanding is that you are in pro per/pro se, which means that you represent yourself.

Under local federal rules, prior to law and motion, we are meant to engage in a meet and confer process.

Per LR 7-3, "Conference of Counsel Prior to Filing of Motions. In all cases not listed as exempt in L.R. 16-12, and except in connection with discovery motions (which are governed by L.R. 37-1 through 37-4) and applications under F.R.Civ.P. 65 for temporary restraining orders or preliminary injunctions, counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution**."**

This means that we must speak as soon as possible as to deficiencies in your complaint as to the UCF.  I would like to engage in the process immediately, please email me at this address, or call me on my cell-phone, (818) 209-9915. So that we may discuss.  Time is short on this.

Thanks,

Bryan Miller.



**NATIONAL LITIGATION LAW FIRM**

523 West Sixth Street, Suite 716, Los Angeles, CA 90014

**Bryan Miller**
**Partner**
Phone: (213) 226-7068
Fax:     (213) 293-4425
Email:  bmiller@lydecker.com
Website: www.lydecker.com

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker at (305) 416-3180, so that our address record can be corrected.

# PROOF OF SERVICE

United States District Court

Central District of California

*Jane Doe*

v.

*John Roe 1, et al.,*

Case No. 2:25-cv-02191-HDV-KES

I, Devon MacGregor, am employed in Los Angeles County, California. I am over the age of 18 years and not a party to the within action. My business is 523 W. 6th Street, Suite 716, Los Angeles, CA 90014, (213) 226-7068.

On March 27, 2025, I caused to be served the following documents(s): as follows:

**NOTICE AS TO PLAINTIFF'S FAILURE TO MEET AND CONFER UNDER LOCAL RULE 7.3**

**BY ELECTRONIC SERVICE:** I caused said documents to be transmitted by electronic mail. The name(s) and email address(es) of the person(s) served are set forth in the service list. The document was transmitted by electronic transmission and without error.

I declare that penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on March 27, 2025, at Winchester, California.

_____
*Devon MacGregor*
Devon MacGregor

1

**PROOF OF SERVICE**

2

United States District Court

3

Central District of California

4

*Jane Doe*

5

v.

6

*John Roe 1, et al.,*

7

Case No. 2:25-cv-02191-HDV-KES

8

9

10    Pamela Douglas
      1217 Wilshire Blvd.,
11    Santa Monica, CA 90403
      pkdouglas16@gmail.com
12    Plaintiff in Pro Per

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE AS TO PLAINTIFF'S FAILURE TO MEET AND CONFER
UNDER LOCAL RULE 7.3