Christopher Campbell, Esq. SBN 309234
ccampbell@lydecker.com
Brian Murphy, Esq., SBN 233582
bmurphy@lydecker.com
Javkhlan Enkhbayar, Esq. SBN 327764
jenkhbayar@lydecker.com
**LYDECKER**
523 West Sixth Street, Suite 716
Los Angeles, CA 90014
Telephone: (213) 226-7068
Facsimile: (213) 293-4425

Attorneys for Defendant University of Central Florida

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN ROE 1, an individual; JOHN ROE 2, an individual; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-02191-HDV-KES<br><br>Assigned for All Purposes to<br>Hon. Hernan D. Vera, Ctrm. 5B<br><br>**APPLICATION TO EXTEND TIME TO FILE PLEADING UNDER RULE 12 PURSUANT TO LOCAL RULE 6-1, AND FRCP 6(b)(1)(a); DECLARATION OF BRYAN BARNET MILLER IN SUPPORT OF APPLICATION**<br><br>Complaint Filed:   January 19, 2024<br>Trial Date:              Not Set |

///
///
///
///
///

1

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, Bryan Barnet Miller, Esq., is attorney of record for the University of Central Florida ("UCF") a named defendant in the negligent defamation lawsuit.

By way of background, this case was removed from California Superior Court on March 12, 2025, based on diversity jurisdiction. (ECF No. 1.)

This case was reassigned to the Honorable Hernan D. Vera, United States District Court Judge on March 26, 2025. (ECF No. 7.)

Defense Counsel for the UCF has examined the pleadings and complaint and found them to be deficient under Rule 12(b)(2), 12(b)(6) and Rule 12(e).

After considerable analysis counsel for the UCF has decided to bring Rule 12 motions under Rule (b)(2) and Rule(b)(6).

The UCF, by and through its counsel, has repeatedly attempted to contact plaintiff, Jane Doe/Dr. Douglas (her name is public record) as required under Local Ruel 7-3.

Dr. Douglas in Pro Per (ECF No. 11.) and signed a substitution of attorney in Los Angeles Superior Court case No. 24STCV01533. (ECF 11, Exh. 1.)

On March 17, 2025, defense counsel for UCF, Bryan Barnet Miller, sent Dr. Douglas a request for a meet and confer under Local Rule 7-3, in which counsel requested a meet and confer regarding deficiencies in her complaint.

Counsel provided his cellphone and email. (ECF No. 11, Exh. 2.) No response was forthcoming.

On March 24, 2025, a second request for a meet and confer was sent to Dr. Douglas referencing Rule 12(b)(2), 12(b)(6), 12(b)(7) and Rule 12(e). In each of these emails it was mentioned that if Dr. Douglas was represented by counsel, the counsel should contact Mr. Miller. (ECF 11, Exh. 3.)

On March 27, 2025, Dr. Douglas responded and stated, "I thought my attorney did in fact reach out to you." (ECF 11, Exh. 4)

1  No such event occurred.

2  On Friday, March 28, 2025, at 1:56 p.m. Dr. Douglas stated that she was
3  Represented herself in the defamation matter but was represented by counsel,
4  Aliaksandra Ramanenka in an employment matter Ms. Ramanenka wanted to reach
5  out regarding a "possible global resolution." (Decl. Miller¶2, Exhibit 5.)

6  On Friday, March 28, 2025, counsel for UCF, Miller, responded to the email
7  and stated that he could not find Aliaksandra Jain registered in the State of
8  California. (Decl. Miller ¶3, Exhibit 6.)

9  On Friday, March 28, 2025, counsel for UCF, Miller did two other Calbar.org
10 searches on for Aliaksandra Ramanenka, one for Ramanenka, and one for
11 Aliaksandra. He found no registered lawyer with the California Supreme Court.
12 Decl. Miller ¶4.

13 Because a Motion to Dismiss is due on April 1, 2025, and counsel for UCF
14 has had no meet and confer with Dr. Pamela Douglas or her counsel as required
15 under Local 7-3, counsel for UCF is requesting an extension of time of Fourteen
16 (14) days

17 It is eleven (11) days since the first request for meet and confer was requested,
18 and this is the first counsel has heard of a lawyer representing (albeit indirectly) Dr.
19 Douglas. (Decl. Miller ¶5.).

20 Counsel for UCF treads with caution in dealing with a client who is
21 represented by counsel as this violation of the California Professional Rules of
22 Conduct.

23 Dr. Douglas' email of today (March 28, 2025) is at best ambiguous.

24 Counsel for UCF would require an extension of time of Fourteen (14) days to
25 determine who the lawyer Aliaksandra Ramanenka is, and whether she represents
26 Dr. Douglas and to meaningfully engage in a meet and confer process under Local
27 Rule 7-3. (Decl. Miller ¶6) before bringing a Rule 12 motion.
28 / / /

Under Local Rule 6-1 and Federal Rules of Civil Procedure ("FRCP") Rule 6(b)(1)(a).

**(b) Extending Time.**

**(1)** *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

**(A)** with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;

USCS Fed Rules Civ Proc R 6

Counsel for UCF, Bryan Barnet Miller, contends that unavailability of plaintiff, Dr. Douglas, and to determine whether she is represented by counsel, so that either way a meaningful meet and confer can take place under Local Rule 7-3 rises to the level of good cause. (Decl. Miller ¶7.)

Again, it is uncertain whether Dr. Douglas is represented by counsel. It is for these reasons that counsel for UCF requests that its extension be granted.

Dated: March 28, 2025,                                                    LYDECKER

 

 

 

/s/ B Miller
_____
CHRISTOPHER CAMPBELL
BRYAN BARNET MILLER
JAVKHLAN ENKHBAYAR

**DECLARATION OF BRYAN BARNET MILLER**

Bryan Barnet Miller Declares:

1.) I am a partner at Lydecker and represent the University of Central Florida in this defamation lawsuit. If called to testify, I would and could do so on my personal knowledge.

2.) On Friday, March 28, 2025, at 1:56 p.m. Dr. Douglas stated that she was representing herself in the defamation matter but was represented by counsel, Aliaksandra Ramanenka in an employment matter Ms. Ramanenka wanted to reach out regarding a "possible global resolution." (Exhibit 5.)

3.) On Friday, March 28, 2025, counsel for UCF, Miller, responded to the email and stated that he could not find Aliaksandra Jain registered in the State of California. (Exhibit 6.)

4.) On Friday, March 28, 2025, counsel for UCF, Miller did two other Calbar.org searches on for Aliaksandra Ramanenka, one for Ramanenka, and one for Aliaksandra. He found no registered lawyer with the California Supreme Court via Calbar.org.

5.) It is eleven (11) days since the first request for meet and confer was requested, and this is the first counsel has heard of a lawyer representing (albeit indirectly) Dr. Douglas.

6.) Dr. Douglas email of today (March 28, 2025) is at best ambiguous. Counsel for UCF would require an extension of time of Fourteen (14) days to determine who the lawyer Aliaksandra Ramanenka is, and whether she represents Dr. Douglas, and to meaningfully engage in a meet and confer process under Local Rule 7-3 before bringing a Rule 12 motion.

7.) Counsel for UCF, Bryan Barnet Miller, contends that unavailability of plaintiff, Dr. Douglas, and to determine whether she is represented by counsel, so that either way a meaningful meet and confer can take place under Local Rule 7-3 rises to the level of good cause.

8.) I declare that penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed on March 28, 2025, at Encino, California.

_____
BRYAN BARNET MILLER

**EXHIBIT 5**

| | |
|---|---|
| From: | PK Douglas <pkdouglas16@gmail.com> |
| Sent: | Friday, March 28, 2025 1:56 PM |
| To: | Bryan Miller |
| Cc: | Chris Campbell; Javkhlan Enkhbayar; Devon MacGregor; Ramanenka, Aliaksandra |
| Subject: | Re: Jane Doe Case |

Dear Bryan,

To reiterate, I am representing myself pro se in the defamation matter.

Aliaksandra is representing me in an employment matter.

I have contacted Aliaksandra (CC'd here) to reach out regarding a possible global settlement.

Thanks,
Dr. Douglas


On Fri, Mar 28, 2025 at 10:34 AM Bryan Miller <bmiller@lydecker.com> wrote:

> Dr. Douglas:
>
> I am not allowed to communicate with your regarding this matter if represented by counsel. I cannot find your attorney Aliaksandra Jain, licensed in California. I suggest you reach out her and have her email me directly. Or she can call me directly at (818) 209-9915.
>
> Once again, if represented by counsel I am not allowed to communicate with you. Time is short here.
>
> Thank you.



523 West Sixth Street, Suite 716, Los Angeles, CA 90014

**Bryan Miller**
**Partner**
Phone: (213) 226-7068
Fax:    (213) 293-4425
Email:  bmiller@lydecker.com
Website: www.lydecker.com

2

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker at (305) 416-3180, so that our address record can be corrected.

**EXHIBIT 6**

| | |
|---|---|
| **From:** | Bryan Miller |
| **Sent:** | Friday, March 28, 2025 10:34 AM |
| **To:** | 'pkdouglas16@gmail.com' |
| **Cc:** | Bryan Miller; Chris Campbell; Javkhlan Enkhbayar; Devon MacGregor |
| **Subject:** | Jane Doe Case |

Dr. Douglas:

I am not allowed to communicate with your regarding this matter if represented by counsel.  I cannot find your attorney <u>Aliaksandra Jain, licensed in California</u>. I suggest you reach out her and have her email me directly.  Or she can call me directly at (818) 209-9915.


Once again, if represented by counsel I am not allowed to communicate with you.  Time is short here.

Thank you.



523 West Sixth Street, Suite 716, Los Angeles, CA 90014

**Bryan Miller**
**Partner**
Phone: (213) 226-7068
Fax:     (213) 293-4425
Email:  bmiller@lydecker.com
Website: www.lydecker.com

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker at (305) 416-3180, so that our address record can be corrected.

# PROOF OF SERVICE

United States District Court

Central District of California

*Jane Doe*

v.

*John Roe 1, et al.,*

Case No. 2:25-cv-02191-HDV-KES

I, Devon MacGregor, am employed in Los Angeles County, California. I am over the age of 18 years and not a party to the within action. My business is 523 W. 6th Street, Suite 716, Los Angeles, CA 90014, (213) 226-7068.

On March 28, 2025, I caused to be served the following documents(s): as follows:

**REQUEST FOR EXTENSION OF TIME TO FILE RULE 12 MOTION; DECLARATION OF BRYAN BARNET MILLER; [PROPOSED] ORDER**

**BY ELECTRONIC SERVICE:** I caused said documents to be transmitted by electronic mail. The name(s) and email address(es) of the person(s) served are set forth in the service list. The document was transmitted by electronic transmission and without error.

I declare that penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed on March 28, 2025, at Winchester, California.

*Devon MacGregor*
Devon MacGregor

**PROOF OF SERVICE**

United States District Court

Central District of California

*Jane Doe*

v.

*John Roe 1, et al.,*

Case No. 2:25-cv-02191-HDV-KES

Pamela Douglas
pkdouglas16@gmail.com
Plaintiff in Pro Per