1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane Doe, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN ROE 1, an individual; JOHN ROE 2, an individual; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-02191-HDV-KES<br><br>Assigned for All Purposes to<br>Hon. Hernan D. Vera, Ctrm. 5B<br><br>**ORDER GRANTING APPLICATION TO EXTEND TIME TO FILE PLEADING UNDER RULE 12 PURSUANT TO LOCAL RULE 6-1, AND FRCP 6(b)(1)(a).** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

ORDER

**GOOD CAUSE APPEARING**

That the University of Central Florida ("UCF") has been unable to meet and confer with plaintiff in pro per, Dr. Pamela Douglas;

And to ascertain whether she is represented by counsel for these or related proceedings.

The University of Central Florida's Motion for an extension of time of Fourteen (14) days to file a Rule 12 motion is granted unless obviated by a successful meet and confer under Local Rule 7-3.

**IT IS SO ORDERED**

Dated: March 31, 2025

_____
THE HONORABLE HERNAN D. VERA