Christopher Campbell, Esq. SBN 309234
ccampbell@lydecker.com
Bryan Miller, Esq. SBN 178134
bmiller@lydecker.com
Javkhlan Enkhbayar, Esq. SBN 327764
jenkhbayar@lydecker.com
**LYDECKER**
523 West Sixth Street, Suite 716
Los Angeles, CA 90014
Telephone: (213) 226-7068
Facsimile: (213) 293-4425

Attorneys for University of Central Florida

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN ROE 1, an individual; JOHN ROE 2, an individual; and DOES 1-100 inclusive,<br><br>        Defendants. | CASE NO.: 2:25-CV-02191-HDV-KES<br><br>Assigned to<br>Hon. Hernán D. Vera, Courtroom 5B<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT THE UNIVERSITY OF CENTRAL FLORIDA'S BOARD OF TRUSTEES ERRONEOUSLY SUED AS THE UNIVERSITY OF CENTRAL FLORIDA UNDER 28 U.S.C. SECTIONS 12(b)(2) AND 12(b)(6)**<br><br>[REQUEST FOR JUDICIAL NOTICE UNDER FED. R. EVID. 201; DECLARATION OF BRYAN BARNET MILLER RE MEET AND CONFER UNDER LOCAL RULE 7-3 filed concurrently herewith]<br><br>**DATE:   May 15, 2025**<br>**TIME:   10:00 a.m.**<br>**PLACE: Courtroom 5B** |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

 **PLEASE TAKE NOTICE** that the Defendant UNIVERSITY OF CENTRAL FLORIDA ("UCF"), by and through its counsel LYDECKER LLP, submits the following memorandum of points and authorities in support of its Motion to Dismiss Plaintiff Jane Doe's ("Plaintiff") Complaint pursuant to 28 USC sections 12(b)(2) and 12(b)(6). This Motion will be and is based on this notice and the accompanying memorandum of points and authorities.

 This Motion will be and is also based on the pleadings, papers, and records presently on file in this action, on such further pleadings and papers as may hereinafter be presented, and on such oral and documentary evidence and objections as may be properly presented at the hearing on this Motion.

 As to Rule 12(b)(6), plaintiff fails to state a cause of action for negligent defamation at p 9. 8:7-28 -9:1-20.

Dated: April 14, 2025       **LYDECKER**

                _____

                Christopher Campbell
                Bryan Barnet Miller
                Javkhlan Enkhbayar