Christopher Campbell, Esq. SBN 309234
*ccampbell@lydecker.com*
Bryan Miller, Esq., SBN 178134
*bmiller@lydecker.com*
Javkhlan Enkhbayar, Esq. SBN 327764
*jenkhbayar@lydecker.com*
**LYDECKER**
523 West Sixth Street, Suite 716
Los Angeles, CA 90014
Telephone: (213) 226-7068
Facsimile: (213) 293-4425

Attorneys for Defendant
University of Central Florida Board of Trustees
erroneously sued as the University of Central Florida

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN ROE 1, an individual; JOHN ROE 2, an individual; and DOES 1-100, inclusive,<br><br>      Defendants. | Case No. 2:25-cv-02191-HDV-KES<br><br>Assigned to the<br>Hon. Hernán D. Vera<br><br>**DEFENDANT UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES ERRONEOUSLY SUED AS THE UNIVERSITY OF CENTRAL FLORIDA'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b)(2) and RULE 12(b)(6)**<br><br>[*Filed Concurrently with Defendant's Request for Judicial Notice of a state lawsuit filed in Florida pursuant to Federal Rules of Evidence 201(b)(2)*]<br><br>Date: May 15, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 5B<br><br>Complaint Filed:   January 19, 2024<br>Trial Date:           Not Set |

1

1  Defendant University of Central Florida Board of Trustees erroneously sued as the University of Central Florida ("UCF") files this notice of Plaintiff's non-opposition to its motion to dismiss pursuant to Rule 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiff filed a pro se complaint on January 19, 2024, in California Superior Court. UCF removed this matter to the United States District Court based on diversity jurisdiction on March 12, 2025. (ECF #1) UCF requested an extension of Time, which was granted, to ascertain if plaintiff was represented by counsel and to engage in a meet and confer under Local Rule 7-3. (ECF #12) On April 14, 2025, Defendant timely filed a motion to dismiss. (ECF #16)

Plaintiff's response in opposition to UCF's motion to dismiss was due on April 24, 2025. (*See* Local Rule L.R. 7-9 "Each opposing party shall . . . not later than twenty-one (21) days before the date designated for the hearing of the motion [] the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum of which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely . . ..")

UCF contends that plaintiff's failure to file an opposition to defendant's Rule 12(b)(2) and 12(b)(6) motion, especially when it is her burden to prove jurisdiction over the person under Rule 12(b)(2), is an admission that California does not have personal jurisdiction over UCF.

On this basis, UCF respectfully requests that its motion under Rule 12(b)(2) be granted.

Filed concurrently herewith is a request by UCF for a Request for Judicial Notice under Federal Rule of Evidence Rule 201(b)(2) that plaintiff – using her real name, Pamela Douglas – filed a similar lawsuit against UCF in the State of Florida. It is the same lawsuit with some additional facts.

///

UCF contends the filing of a similar lawsuit against UCF in the State of Florida is further admission that California does not have personal jurisdiction over UCF.

On this basis, UCF respectfully requests that its motion under Rule 12(b)(2) be granted.

Dated: April 30, 2025

Respectfully submitted,

**LYDECKER**

By: */s/ B Miller/*

Christopher Campbell
Bryan Miller
Javkhlan Enkhbayar
Attorneys for Defendant
University of Central Florida Board of Trustees erroneously sued as the University of Central Florida

**PROOF OF SERVICE**

United States District Court

Central District of California

*Jane Doe*

v.

*John Roe 1, et al.,*

Case No. 2:25-cv-02191-HDV-KES

I, Devon MacGregor, am employed in Los Angeles County, California. I am over the age of 18 years and not a party to the within action. My business is 523 W. 6th Street, Suite 716, Los Angeles, CA 90014, (213) 226-7068.

On April 30, 2025, I caused to be served the following documents(s): as follows:

**DEFENDANT UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES ERRONEOUSLY SUED AS THE UNIVERSITY OF CENTRAL FLORIDA'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b)(2) and RULE 12(b)(6)**

**BY ELECTRONIC SERVICE:** I caused said documents to be transmitted by electronic mail via the email address dmacgregor@lydecker.com. The name(s) and email address(es) of the person(s) served are set forth in the service list. The document was transmitted by electronic transmission and without error.

I declare that penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on April 30, 2025, at Winchester, California.

*Devon MacGregor*
Devon MacGregor

# PROOF OF SERVICE

United States District Court

Central District of California

*Jane Doe*

v.

*John Roe 1, et al.,*

Case No. 2:25-cv-02191-HDV-KES

Pamela Douglas
pkdouglas16@gmail.com
Plaintiff in Pro Per