Jane Doe, PhD
1217 Wilshire Blvd.
Santa Monica, CA, 90403
(310) 409-6130
Email: doeplaintiffphd@gmail.com

JANE DOE, PhD, IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
04/29/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___GSA___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN ROE 1, an individual; JOHN ROE 2, an individual; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 2:25-cv-02191-HDV-KES<br><br>**NOTICE OF ERRATA REGARDING PLAINTIFF'S MOTION TO REMAND (DKT. 14)**<br><br>Assigned for All Purposes to:<br>Hon. Hernan D. Vera<br>Courtroom: 5B<br><br>Hearing Date: June 26, 2025<br>Complaint Filed: January 19, 2024<br>Trial Date: Not Set<br><br>State Court Case No. 24STCV01533 |

- 1 -
NOTICE OF ERRATA

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Jane Doe respectfully submits this Notice of Errata regarding her Motion to Remand (Dkt. 14), which was previously sealed by the Court pursuant to its April 14, 2025 order, due to the inclusion of exhibits containing unredacted personal identifying information.

Plaintiff is concurrently filing a **Corrected and Redacted Motion to Remand** that removes or redacts any identifying information to protect Plaintiff's anonymity. Plaintiff respectfully requests that the Court accept the corrected version in place of the previously sealed filing.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 25, 2025

Respectfully submitted,

**/s/ Jane Doe**

**Jane Doe, PhD**

Plaintiff, In Pro Per