FILED
CLERK, U.S. DISTRICT COURT
5/4/25
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Jane Doe, PhD
1217 Wilshire Blvd.
Santa Monica, CA, 90403
(310) 409-6130
Email: DoePlaintiffPhd@gmail.com

JANE DOE, PhD, IN PRO PER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JANE DOE, an individual,

Plaintiff,

vs.

JOHN ROE 1, an individual; JOHN ROE 2, an individual; and DOES 1-100, inclusive,

Defendants.

Case No. 2:25-cv-02191-HDV-KES

**NOTICE OF PLAINTIFF'S COMPLIANCE WITH LOCAL RULE 7-3 MEET AND CONFER REQUIREMENTS**

Assigned for All Purposes to:
Hon. Hernan D. Vera
Courtroom: 5B

Hearing Date: May 15, 2025
Complaint Filed: January 19, 2024
Trial Date: Not Set

State Court Case No. 24STCV01533

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Jane Doe respectfully submits this notice to clarify that she complied with the meet and confer requirements of Local Rule 7-3 prior to the filing of any motions.

1. Contrary to the Defendant's Notice filed on March 28, 2025 (Dkt. 11), Plaintiff and Defendant's counsel did engage in a meet and confer session with Defendant's counsel, pursuant to Local Rule 7-3.

2. On March 27, 2025, Plaintiff emailed Defendant's counsel indicating Plaintiff's willingness to participate in a meet and confer session. On March 31, 2025, Plaintiff had a phone call with Defendant's counsel. The parties agreed that further discussion was needed and scheduled a follow-up meeting for April 3, 2025. On April 3, 2025, Plaintiff and counsel for Defendant, Bryan Miller, conducted a meet and confer session via Zoom videoconference to discuss the issues related to this case.

3. Documentation of these meet and confer efforts includes:

a. Emails dated March 27, 2025, where Plaintiff contacted Defendants and expressed willingness to participate in a meet and confer (attached as Exhibit A);

b. Email correspondence from Plaintiff and Plaintiff's employment representation to Defendants (attached as Exhibit B);

b. Email correspondence arranging a phone call on March 31, 2025 (attached as Exhibit C);

c. Email correspondence confirming the March 31, 2025 phone call (attached as Exhibit D);

d. Email summarizing the phone call March 31, 2025 (attached as Exhibit E);

e. Email correspondence arranging the April 3, 2025 Zoom meeting (attached as Exhibit F);

f. Email confirming Plaintiff joined Zoom meeting (attached as Exhibit G);

g. Screenshot of the Zoom meeting (attached as Exhibit H).

4. As evidenced by the attached exhibits, Plaintiff expressed willingness to meet and confer as early as March 27, 2025, **one day before** Defendant filed its Notice of Plaintiff's Failure to Meet and Confer (Docket No. 11). This clearly demonstrates that Defendant's claim that Plaintiff failed to meet and confer is not only incorrect but was filed despite Plaintiff's documented willingness to engage in the meet and confer process.

5. On March 31, 2025, Plaintiff and Defendant's counsel conducted a phone call to discuss issues related to Plaintiff's intended motion. The parties agreed that further discussion was needed and scheduled a follow-up Zoom meeting for April 3, 2025.

6. During the April 3, 2025 Zoom meeting, the parties continued their discussion regarding the Plaintiff's case.

7. Plaintiff notes that all exhibits attached to this filing have been redacted to protect confidential personal identifying information in accordance with the Court's sealing order dated April 14, 2025 (Docket Entry #15).

WHEREFORE, Plaintiff respectfully requests that the Court recognize that Plaintiff has fully complied with the meet and confer requirements of Local Rule 7-3 prior to filing the Motion to Remand.

Dated: May 5, 2025

**/s/ Jane Doe**

**Jane Doe, PhD**

Plaintiff, In Pro Per

EXHIBIT A



**Meet and Confer regarding Motion to Dismiss/2:25-CV-02191-CACD**

Thu, Mar 27, 2025 at 11:11 PM

To: Bryan Miller <bmiller@lydecker.com>
Cc: Bryan Miller <bmiller@lydecker.com>, Javkhlan Enkhbayar <jenkhbayar@lydecker.com>, Chris Campbell <ccampbell@lydecker.com>, Devon MacGregor <dmacgregor@lydecker.com>, "Ramanenka, Aliaksandra" <ARamanenka@outtengolden.com>

Dear Bryan,

I am writing regarding your recent communications about a meet and confer under Local Rule 7-3 for the above-referenced case. I apologize for my delayed response, which was due to an unexpected medical situation. I recently underwent surgery and was temporarily unable to respond to your previous communications.

I am now available and would like to schedule a meet and confer discussion to address the legal concerns you have raised regarding my complaint. While I am primarily representing myself pro se in this matter, I am copying my employment dispute attorney here, as we are interested in exploring a potential global resolution to the ongoing legal matters.

Please provide some available dates and times in the next week when we might have a telephone conference to discuss the matters you've outlined, including the potential Rule 12 issues you mentioned.

Sincerely,

On Mon, Mar 24, 2025 at 5:50 PM Bryan Miller <bmiller@lydecker.com> wrote:
[Quoted text hidden]

Gmail - Meet and Confer regarding Motion to Dismiss/2:25-CV-02191-CACD 4/29/25, 2:19 PM

**Meet and Confer regarding Motion to Dismiss/2:25-CV-02191-CACD**

Thu, Mar 27, 2025 at 2:29 PM
To: Bryan Miller <bmiller@lydecker.com>

Dear Bryan,

Apologies because I thought that my attorney did in fact reach out to you. I realized that they were awaiting some information from me.

Please expect to hear from them shortly.

Best,

[Quoted text hidden]

https://mail.google.com/mail/u/0/?ik=0a12fac787&view=pt&search=a…id=msg-a:r-5783958735966317450&simpl=msg-a:r-5783958735966317450 Page 1 of 1

EXHIBIT B




**Jane Doe Case**

**Jain, Aliaksandra** <ARamanenka@outtengolden.com> Fri, Mar 28, 2025 at 2:59 PM
To: Bryan Miller <bmiller@lydecker.com>
Cc: Chris Campbell <ccampbell@lydecker.com>, Javkhlan Enkhbayar < enkhba ar l decker.com>, Devon MacGregor <dmacgregor@lydecker.com>, 

Hi Bryan,

Please let us know if your client is interested in a global resolution of both the defamation matter and the employment matter. Please note our firm does not represent Dr. Douglas in the defamation matter (2:25-CV-02191-CACD) and do not copy me on any correspondence relating to that matter unless it is concerning a global settlement.

Sincerely,

**Aliaksandra Jain | Partner**
Outten & Golden LLP
685 Third Ave, 25th Floor| New York, NY 10017
(w) 347-390-2124
ARamanenka@outtengolden.com

*This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender immediately and delete the message and any attachments.*

[Quoted text hidden]

 **Jane Doe Case**

Fri, Mar 28, 2025 at 2:56 PM

To: Bryan Miller <bmiller@lydecker.com>
Cc: Bryan Miller <bmiller@lydecker.com>, Chris Campbell <ccampbell@lydecker.com>, Javkhlan Enkhbayar <jenkhbayar@lydecker.com>, Devon MacGregor <dmacgregor@lydecker.com>, "Ramanenka, Aliaksandra" <ARamanenka@outtengolden.com>

Dear Bryan,

To reiterate, I am representing myself pro se in the defamation matter.

Aliaksandra is representing me in an employment matter.

I have contacted Aliaksandra (CC'd here) to reach out regarding a possible global settlement.

Thanks

[Quoted text hidden]

EXHIBIT C





**RE: Jane Doe Case/TIME SENSITIVE/URGENT**

Mon, Mar 31, 2025 at 4:07 PM

To: Bryan Miller <bmiller@lydecker.com>
Cc: Javkhlan Enkhbayar <jenkhbayar@lydecker.com>, Devon MacGregor <dmacgregor@lydecker.com>, Tolu Sojobi <tsojobi@lydecker.com>, Bryan Miller <bmiller@lydecker.com>

Dear Bryan,

This is an email confirming that I have you on the phone now to discuss the case.

Thanks,

[Quoted text hidden]

EXHIBIT D

 **RE: Jane Doe Case/TIME SENSITIVE/URGENT**

Mon, Mar 31, 2025 at 4:05 PM

o: ryan er < m er y ec er.com>
Cc: Javkhlan Enkhbayar <jenkhbayar@lydecker.com>, Devon MacGregor <dmacgregor@lydecker.com>, Tolu Sojobi <tsojobi@lydecker.com>, Bryan Miller <bmiller@lydecker.com>

Dear Bryan,

I am happy to meet and confer with you about the case.

As I mentioned before in my emails - I have just undergone a major surgery, and have been recovering.

I am happy to have a phone call today or tomorrow.

I live in Los Angeles, and so Pacific Time Zone.

I will try calling you now.

uo e ex den]

EXHIBIT E



Gmail 

## RE: Jane Doe Case/TIME SENSITIVE/URGENT

Mon, Mar 31, 2025 at 4:22 PM

To: Bryan Miller <bmiller@lydecker.com>
Cc: Javkhlan Enkhbayar <jenkhbayar@lydecker.com>, Devon MacGregor <dmacgregor@lydecker.com>, Tolu Sojobi <tsojobi@lydecker.com>, Bryan Miller <bmiller@lydecker.com>

Dear Bryan,

I'm glad that we were able to connect via phone today.

Just to summarize what we discussed:
1) I plan to file an amended complaint.
2) I will provide at least 1 example of case law for jurisdiction
3) We will meet in person on Thursday at 1pm to discuss further.

We will meet at the Starbucks:
820 Montana Ave, Santa Monica, CA 90403

Thanks

[Quoted text hidden]

EXHIBIT F

Gmail

## RE: Jane Doe Case/TIME SENSITIVE/URGENT

**Tolu So obi** <tso obi l decker.com> Tue, Apr 1, 2025 at 7:56 PM
To:
Cc: Javkhlan Enkhbayar <jenkhbayar@lydecker.com>, Devon MacGregor <dmacgregor@lydecker.com>, Chris Campbell <ccampbell@lydecker.com>, Bryan Miller <bmiller@lydecker.com>

Good evening, 

I understand you spoke with Bryan Miller today and agreed to have this Meet and Confer meeting via Zoom. Please see the below link for the Thursday meeting and let me know if you have any questions.

Tolu Sojobi is inviting you to a scheduled Zoom meeting.

Topic: UCF Meet and Confer
Time: Apr 3, 2025 01:00 PM Pacific Time (US and Canada)
Join Zoom Meeting
https://zoom.us/j/98132302497?pwd=DQIF9mALDRyrJKFUmo5AceJv4e4rIs.1

Meeting ID: 981 3230 2497
Passcode: 4Ybnaz

Thank you,
Tolu

LYDECKER
NATIONAL LITIGATION LAW FIRM

523 West Sixth Street, Suite 716, Los Angeles, CA 90014

**Tolu Sojobi**
**Associate**
Phone: (213) 226-7068
Fax: (213) 293-4425
Email: tsojobi@lydecker.com
Website: www.lydecker.com

The information contained in this electronic mail transmission including any attachments hereto are intended by Lydecker for the use of the intended recipient, named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the intended recipient. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by calling Lydecker at (305) 416-3180, so that our address record can be corrected.

---

**From:** [REDACTED]
**Sent:** Tuesday, April 1, 2025 6:15 PM
**To:** Tolu Sojobi <tsojobi@lydecker.com>
**Cc:** Javkhlan Enkhbayar <jenkhbayar@lydecker.com>; Devon MacGregor <dmacgregor@lydecker.com>; Chris Campbell <ccampbell@lydecker.com>; Bryan Miller <bmiller@lydecker.com>
[Quoted text hidden]

[Quoted text hidden]

EXHIBIT G

 

## RE: Jane Doe Case/TIME SENSITIVE/URGENT

Thu, Apr 3, 2025 at 2:01 PM

To: Tolu Sojobi <tsojobi@lydecker.com>
Cc: Javkhlan Enkhbayar <jenkhbayar@lydecker.com>, Devon MacGregor
<dmacgregor@lydecker.com>, Chris Campbell <ccampbell@lydecker.com>, Bryan
Miller <bmiller@lydecker.com>

Dear Bryan & Tolu,

I have signed on to join the zoom meeting.

I don't see you there.

Just checkin   in,

[Quoted text hidden]

EXHIBIT H

Meeting 40-minutes
View
Javkhlan Enkhba...
Tolu Sojobi
Bryan Miller
NEW Meeting info is here!
View your join info, agenda, description or attachments anytime in the meeting.
Audio
Video
Participants
4
Chat
React
Share
Meeting info
Apps
More
Leave