1  Jane Doe, PhD
   1217 Wilshire Blvd.
2  Santa Monica, CA, 90403
   (310) 409-6130
3  Email: DoePlaintiffPhd@gmail.com

4

   JANE DOE, PhD, IN PRO PER
5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  JANE DOE, an individual,                ) Case No. 2:25-cv-02191-HDV-KES
                                            )
12              Plaintiff,                   ) **NOTICE OF FILING FIRST AMMENDED**
                                            ) **COMPLAINT**
13          vs.                              )
                                            )
14  JOHN ROE 1, an individual; JOHN ROE 2, an )
    individual; and DOES 1-100, inclusive,   ) Assigned for All Purposes to:
15                                           ) Hon. Hernan D. Vera
                                            ) Courtroom: 5B
16              Defendants.                  )
                                            ) Filing Date: May 5, 2025
17                                           ) Complaint Filed: January 19, 2024
                                            ) Trial Date: Not Set
18                                           )
                                            )
19                                           State Court Case No. 24STCV01533

20  _____

21

22

23

24

25

26

27

28

FILED

CLERK, U.S. DISTRICT COURT

5/5/25

CENTRAL DISTRICT OF CALIFORNIA

BY _____CS_____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

1  NOTICE OF FILING FIRST AMENDED COMPLAINT
2  (As of Right Under Rule 15(a)(1)(B))

3
4  TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

5  PLEASE TAKE NOTICE that Plaintiff Jane Doe hereby files her **First Amended Complaint** in the
6  above-captioned matter as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), in
7  response to the Defendants' Motion to Dismiss filed on April 14, 2025 (Dkt.17).

8
9  As such, the filing of the First Amended Complaint **moots the pending Motion to Dismiss**, and
10 Plaintiff respectfully requests that the Court vacate the related hearing date set for May 15, 2025.

11
12 Dated: May 5, 2025
   Respectfully submitted,

13

14 **/s/ Jane Doe**
15 **Jane Doe, PhD**
16 Plaintiff, In Pro Per

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING FIRST AMENDED COMPLAINT