1  Christopher Campbell, Esq. SBN 309234
   ccampbell@lydecker.com
2  Bryan B. Miller, Esq., SBN 178134
   bmiller@lydecker.com
3  Javkhlan Enkhbayar, Esq. SBN 327764
   jenkhbayar@lydecker.com
4
5  **LYDECKER**
   523 West Sixth Street, Suite 716
6  Los Angeles, CA 90014
   Telephone: (213) 226-7068
7  Facsimile: (213) 293-4425
8
9  Attorneys for Defendant
   University of Central Florida
10
11              **IN THE UNITED STATES DISTRICT COURT**
12           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
13
14  Jane Doe, an individual,              Case No. 2:25-cv-02191-HDV-KES
15        Plaintiff,                      Assigned to
                                          Hon. Hernán D. Vera, Ctrm. 5B
16  vs.
17  JOHN ROE 1, an individual; JOHN ROE   **DEFENDANT THE UNIVERSITY**
18  2, an individual; and DOES 1-100,     **OF CENTRAL FLORIDA BOARD**
    inclusive,                            **OF TRUSTEES ERRONEOUSLY**
19                                        **SUED AS THE UNIVERSITY OF**
                                          **CENTRAL FLORIDA'S REQUEST**
20        Defendants.                     **FOR JUDICIAL NOTICE UNDER**
                                          **FED. R. EVID. 201**
21
22                                        [NOTICE OF MOTION AND
                                          MOTION TO DISMISS DEFENDANT
23                                        THE UNIVERSITY OF CENTRAL
                                          FLORIDA'S BOARD OF TRUSTEES
24                                        ERRONEOUSLY SUED AS THE
                                          UNIVERSITY OF CENTRAL
25                                        FLORIDA UNDER 28 U.S.C.
                                          SECTIONS 12 (b)(2) AND 12(b)(6)
26                                        filed concurrently herewith]
27
                                          Complaint Filed:  January 19, 2024
28                                        Trial Date:       Not Set

                                      1

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

**PLEASE TAKE NOTICE** that Defendant UNIVERSITY OF CENTRAL
FLORIDA ("UCF"), by and through its undersigned counsel LYDECKER LLP,
hereby requests that this Court take judicial notice under Federal Rule of Evidence
§§ 201(b)(1) and (2), which state: "The court may take judicially notice a fact that is
not subject to reasonable dispute because it:

(1) is generally known within the trial court's territorial jurisdiction; or

(2) can be accurately and readily determined from sources whose accuracy
cannot reasonably be questioned."

DEFENDANT THE UNIVERSITY OF CENTRAL FLORIDA'S
REQUEST FOR JUDICIAL NOTICE

# INDEX OF EXHIBITS

| | |
|---|---|
| **EXHIBIT A** | Florida Statute Title XLVIII, Chapter 1001.705(1) – Responsibility for the State University System under Florida Constitution Article IX, §7, pg. 1 |
| **EXHIBIT B** | Florida Statutes XLVIII, Chapter 1000.21(9) – Systemwide Definitions, pg. 2 |
| **EXHIBIT C** | Florida Constitution Article IX, § 7(b) – State University System, pg. 57 |
| **EXHIBIT D** | UCF Website (https://www.ucf.edu/locations/): Address at pg. 12 |

DEFENDANT THE UNIVERSITY OF CENTRAL FLORIDA'S
REQUEST FOR JUDICIAL NOTICE

UCF respectfully requests that this Court take judicial notice of the following facts:

1.      "Institution of higher learning" as used in the Florida State Constitution and the Florida Statutes includes publicly funded state universities, per Florida Statute Title XLVIII, Chapter 1001.705(1)(b).  See **Exhibit A**.

2.      "State universities" as used in the Florida State Constitution and the Florida Statutes are agencies of the state which belong to and are part of the executive branch of state government, per Florida Statute Title XLVIII, Chapter 1001.705(1)(d).  See **Exhibit A**.

3.      UCF, its branch campuses, centers, and other affiliates are included in the term "state university," per Florida Statutes XLVIII, Chapter 1000.21(9).  See **Exhibit B**.

4.      Each Florida state university, including UCF, is administered by a board of trustees and a board of governors shall govern the state university system, per Florida Constitution Article IX, § 7(b).  See **Exhibit C**.

5.      UCF is based in Florida, and all of its campuses are in Florida, per the university's website.  As such, UCF operates primarily in Florida. See **Exhibit D**.

The court may take judicial notice of materials relevant to the jurisdictional inquiry.  *Old Dominion Elec. Coop. v. PJM Interconnection, LLC*, 24 F.4th 271, 284 n.9 (4th Cir. 2022).  The facts that UCF is a Florida state university and has its principal place of business in Orange County, Florida, are relevant to the jurisdictional inquiry, are matters of public record, and are well-established under and readily verifiable through public records and the Florida Constitution and statutes. See **Exhibits A, B,** and **C**.

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Defendant UCF respectfully requests that the Court take judicial notice of the above facts.


Dated:        June 2, 2025                    **LYDECKER**


                                        By: _____

                                              Christopher J. Campbell
                                              Bryan B. Miller
                                              Javkhlan Enkhbayar
                                              Attorneys for Defendant
                                              University of Central Florida Board
                                              of Trustees erroneously sued as the
                                              University of Central Florida

DEFENDANT THE UNIVERSITY OF CENTRAL FLORIDA'S
REQUEST FOR JUDICIAL NOTICE

**EXHIBIT A**

Select Year: 2024 Go

# The 2024 Florida Statutes (including 2025 Special Session C)

Title XLVIII                    Chapter 1001                    View Entire Chapter
EARLY LEARNING-20 EDUCATION CODE      EARLY LEARNING-20 GOVERNANCE

**1001.705    Responsibility for the State University System under s. 7, Art. IX of the State Constitution.**—

(1)  DEFINITIONS.—For purposes of this act, the term:

(a)  "Board of Governors" as it relates to the State University System and as used in s. 7, Art. IX of the State Constitution and Title XLVIII and other sections of the Florida Statutes is the Board of Governors of the State University System which belongs to and is part of the executive branch of state government.

(b)  "Institutions of higher learning" as used in the State Constitution and the Florida Statutes includes publicly funded state universities.

(c)  "Public officer" as used in the Florida Statutes includes members of the Board of Governors.

(d)  "State university" or "state universities" as used in the State Constitution and the Florida Statutes are agencies of the state which belong to and are part of the executive branch of state government. This definition of state universities as state agencies is only for the purposes of the delineation of constitutional lines of authority. Statutory exemptions for state universities from statutory provisions relating to state agencies that are in effect on the effective date of this act remain in effect and are not repealed by virtue of this definition of state universities.

(2)  CONSTITUTIONAL DUTIES OF THE BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM.—In accordance with s. 7, Art. IX of the State Constitution, the Board of Governors of the State University System has the duty to operate, regulate, control, and be fully responsible for the management of the whole publicly funded State University System and the board, or the board's designee, has responsibility for:

(a)  Defining the distinctive mission of each constituent university.

(b)  Defining the articulation of each constituent university in conjunction with the Legislature's authority over the public schools and Florida College System institutions.

(c)  Ensuring the well-planned coordination and operation of the State University System.

(d)  Avoiding wasteful duplication of facilities or programs within the State University System.

(e)  Accounting for expenditure of funds appropriated by the Legislature for the State University System as provided by law.

(f)  Submitting a budget request for legislative appropriations for the institutions under the supervision of the board as provided by law.

(g)  Adopting strategic plans for the State University System and each constituent university.

(h)  Approving, reviewing, and terminating degree programs of the State University System.

(i)  Governing admissions to the state universities.

(j)  Serving as the public employer to all public employees of state universities for collective bargaining purposes.

(k)  Establishing a personnel system for all state university employees; however, the Department of Management Services shall retain authority over state university employees for programs established in ss. 110.123, 110.1232, 110.1234, 110.1238, and 110.161, and in chapters 121, 122, and 238.

(l)  Complying with, and enforcing for institutions under the board's jurisdiction, all applicable local, state, and federal laws.

(3)  CONSTITUTIONAL DUTIES OF THE LEGISLATURE.—In accordance with s. 3, Art. II of the State Constitution, which establishes the separation of powers of three branches of government; s. 1, Art. III of the State Constitution,

UCF REMOVAL 0001

which vests the legislative power of the state in the Legislature; s. 8, Art. III of the State Constitution, which provides the exclusive executive veto power of the Governor and the exclusive veto override power of the Legislature; s. 19, Art. III of the State Constitution, which requires the Legislature to enact state planning and budget processes and requirements for budget requests by general law; s. 1, Art. VII of the State Constitution, which requires that the authority to expend state funds be by general law enacted by the Legislature; and s. 1, Art. IX of the State Constitution, which requires the Legislature to make adequate provision by law for the "establishment, maintenance, and operation of institutions of higher learning," the Legislature has the following responsibilities:

(a)   Making provision by law for the establishment, maintenance, and operation of institutions of higher learning and other public education programs that the needs of the people may require.

(b)   Appropriating all state funds through the General Appropriations Act or other law.

(c)   Establishing tuition and fees.

(d)   Establishing policies relating to merit and need-based student financial aid.

(e)   Establishing policies relating to expenditure of, accountability for, and management of funds appropriated by the Legislature or revenues authorized by the Legislature. This includes, but is not limited to, policies relating to: budgeting; deposit of funds; investments; accounting; purchasing, procurement, and contracting; insurance; audits; maintenance and construction of facilities; property; bond financing; leasing; and information reporting.

(f)   Maintaining the actuarial and fiscal soundness of centrally administered state systems by requiring state universities to continue to participate in programs such as the Florida Retirement System, the state group health insurance programs, and the state casualty insurance program.

(g)   Establishing and regulating the use of state powers and protections, including, but not limited to, eminent domain, certified law enforcement, and sovereign immunity.

(h)   Establishing policies relating to the health, safety, and welfare of students, employees, and the public while present on the campuses of institutions of higher learning.

History.—s. 1, ch. 2005-285; s. 10, ch. 2010-78; s. 23, ch. 2011-5.

Copyright © 1995-2025 The Florida Legislature • Privacy Statement • Contact Us

UCF REMOVAL 0002

**EXHIBIT B**

Select Year: 2024 Go

# The 2024 Florida Statutes (including 2025 Special Session C)

| Title XLVIII | Chapter 1000 | View Entire |
| EARLY LEARNING-20 EDUCATION CODE | EARLY LEARNING-20 GENERAL PROVISIONS | Chapter |

**1000.21    Systemwide definitions.**—As used in the Florida Early Learning-20 Education Code:

(1)   "Articulation" is the systematic coordination that provides the means by which students proceed toward their educational objectives in as rapid and student-friendly manner as their circumstances permit, from grade level to grade level, from elementary to middle to high school, to and through postsecondary education, and when transferring from one educational institution or program to another.

(2)   "Board of Governors" is the Board of Governors of the State University System.

(3)   "Commissioner" is the Commissioner of Education.

(4)   "Department" is the Department of Education.

(5)   "Florida College System institution" except as otherwise specifically provided, includes all of the following public postsecondary educational institutions in the Florida College System and any branch campuses, centers, or other affiliates of the institution:

(a)   Eastern Florida State College, which serves Brevard County.

(b)   Broward College, which serves Broward County.

(c)   College of Central Florida, which serves Citrus, Levy, and Marion Counties.

(d)   Chipola College, which serves Calhoun, Holmes, Jackson, Liberty, and Washington Counties.

(e)   Daytona State College, which serves Flagler and Volusia Counties.

(f)   Florida SouthWestern State College, which serves Charlotte, Collier, Glades, Hendry, and Lee Counties.

(g)   Florida State College at Jacksonville, which serves Duval and Nassau Counties.

(h)   The College of the Florida Keys, which serves Monroe County.

(i)   Gulf Coast State College, which serves Bay, Franklin, and Gulf Counties.

(j)   Hillsborough Community College, which serves Hillsborough County.

(k)   Indian River State College, which serves Indian River, Martin, Okeechobee, and St. Lucie Counties.

(l)   Florida Gateway College, which serves Baker, Columbia, Dixie, Gilchrist, and Union Counties.

(m)   Lake-Sumter State College, which serves Lake and Sumter Counties.

(n)   State College of Florida, Manatee-Sarasota, which serves Manatee and Sarasota Counties.

(o)   Miami Dade College, which serves Miami-Dade County.

(p)   North Florida College, which serves Hamilton, Jefferson, Lafayette, Madison, Suwannee, and Taylor Counties.

(q)   Northwest Florida State College, which serves Okaloosa and Walton Counties.

(r)   Palm Beach State College, which serves Palm Beach County.

(s)   Pasco-Hernando State College, which serves Hernando and Pasco Counties.

(t)   Pensacola State College, which serves Escambia and Santa Rosa Counties.

(u)   Polk State College, which serves Polk County.

(v)   St. Johns River State College, which serves Clay, Putnam, and St. Johns Counties.

(w)   St. Petersburg College, which serves Pinellas County.

(x)   Santa Fe College, which serves Alachua and Bradford Counties.

(y)   Seminole State College of Florida, which serves Seminole County.

(z)   South Florida State College, which serves DeSoto, Hardee, and Highlands Counties.

(aa)   Tallahassee State College, which serves Gadsden, Leon, and Wakulla Counties.

(bb)   Valencia College, which serves Orange and Osceola Counties.

(6)   "Parent" is either or both parents of a student, any guardian of a student, any person in a parental relationship to a student, or any person exercising supervisory authority over a student in place of the parent.

(7)   "Sex" means the classification of a person as either female or male based on the organization of the body of such person for a specific reproductive role, as indicated by the person's sex chromosomes, naturally occurring sex hormones, and internal and external genitalia present at birth.

(8)   "State academic standards" means the state's public K-12 curricular standards adopted under s. 1003.41.

(9)   "State university," except as otherwise specifically provided, includes the following institutions and any branch campuses, centers, or other affiliates of the institution:

(a)   The University of Florida.

(b)   The Florida State University.

(c)   The Florida Agricultural and Mechanical University.

(d)   The University of South Florida.

(e)   The Florida Atlantic University.

(f)   The University of West Florida.

(g)   The University of Central Florida.

(h)   The University of North Florida.

(i)   The Florida International University.

(j)   The Florida Gulf Coast University.

(k)   New College of Florida.

(l)   The Florida Polytechnic University.

History.—s. 10, ch. 2002-387; s. 3, ch. 2004-271; s. 67, ch. 2007-217; s. 1, ch. 2008-52; s. 5, ch. 2008-163; s. 3, ch. 2008-235; s. 2, ch. 2009-228; s. 2, ch. 2010-23; s. 7, ch. 2011-5; s. 1, ch. 2011-102; s. 9, ch. 2012-129; s. 3, ch. 2012-134; s. 2, ch. 2013-24; s. 2, ch. 2013-27; s. 2, ch. 2013-45; s. 1, ch. 2014-8; s. 9, ch. 2014-39; s. 1, ch. 2019-78; s. 20, ch. 2021-10; s. 2, ch. 2022-16; s. 136, ch. 2023-8; s. 1, ch. 2023-105; s. 69, ch. 2024-2; s. 1, ch. 2024-43.

Copyright © 1995-2025 The Florida Legislature • Privacy Statement • Contact Us

**EXHIBIT C**

## The Florida Constitution

# CONSTITUTION

# OF THE

# STATE OF FLORIDA

### AS REVISED IN 1968 AND SUBSEQUENTLY AMENDED

The Constitution of the State of Florida as revised in 1968 consisted of certain revised articles as proposed by three joint resolutions which were adopted during the special session of June 24-July 3, 1968, and ratified by the electorate on November 5, 1968, together with one article carried forward from the Constitution of 1885, as amended. The articles proposed in House Joint Resolution 1-2X constituted the entire revised constitution with the exception of Articles V, VI, and VIII. Senate Joint Resolution 4-2X proposed Article VI, relating to suffrage and elections. Senate Joint Resolution 5-2X proposed a new Article VIII, relating to local government. Article V, relating to the judiciary, was carried forward from the Constitution of 1885, as amended.

Sections composing the 1968 revision have no history notes. Subsequent changes are indicated by notes appended to the affected sections. The indexes appearing at the beginning of each article, notes appearing at the end of various sections, and section and subsection headings are added editorially and are not to be considered as part of the constitution.

### PREAMBLE

We, the people of the State of Florida, being grateful to Almighty God for our constitutional liberty, in order to secure its benefits, perfect our government, insure domestic tranquility, maintain public order, and guarantee equal civil and political rights to all, do ordain and establish this constitution.

ARTICLE I  DECLARATION OF RIGHTS

ARTICLE II  GENERAL PROVISIONS

ARTICLE III  LEGISLATURE

ARTICLE IV  EXECUTIVE

ARTICLE V  JUDICIARY

ARTICLE VI  SUFFRAGE AND ELECTIONS

ARTICLE VII  FINANCE AND TAXATION

ARTICLE VIII  LOCAL GOVERNMENT

ARTICLE IX  EDUCATION

ARTICLE X  MISCELLANEOUS

ARTICLE XI    AMENDMENTS

ARTICLE XII    SCHEDULE

ARTICLE I

DECLARATION OF RIGHTS

SECTION 1.    Political power.

SECTION 2.    Basic rights.

SECTION 3.    Religious freedom.

SECTION 4.    Freedom of speech and press.

SECTION 5.    Right to assemble.

SECTION 6.    Right to work.

SECTION 7.    Military power.

SECTION 8.    Right to bear arms.

SECTION 9.    Due process.

SECTION 10.    Prohibited laws.

SECTION 11.    Imprisonment for debt.

SECTION 12.    Searches and seizures.

SECTION 13.    Habeas corpus.

SECTION 14.    Pretrial release and detention.

SECTION 15.    Prosecution for crime; offenses committed by children.

SECTION 16.    Rights of accused and of victims.

SECTION 17.    Excessive punishments.

SECTION 18.    Administrative penalties.

SECTION 19.    Costs.

SECTION 20.    Treason.

SECTION 21.    Access to courts.

SECTION 22.    Trial by jury.

SECTION 23.    Right of privacy.

SECTION 24.    Access to public records and meetings.

SECTION 25.    Taxpayers' Bill of Rights.

SECTION 26.    Claimant's right to fair compensation.

SECTION 27.    Marriage defined.

SECTION 28.    Fishing, hunting, and the taking of fish and wildlife.

SECTION 1.    **Political power.—**All political power is inherent in the people. The enunciation herein of certain rights shall not be construed to deny or impair others retained by the people.

SECTION 2.    **Basic rights.—**All natural persons, female and male alike, are equal before the law and have inalienable rights, among which are the right to enjoy and defend life and liberty, to pursue happiness, to be rewarded for industry, and to acquire, possess and protect property. No person shall be deprived of any right because of race, religion, national origin, or physical disability.

   **History.—**Am. S.J.R. 917, 1974; adopted 1974; Am. proposed by Constitution Revision Commission, Revision No. 9, 1998, filed with the Secretary of State May 5, 1998; adopted 1998; Am. proposed by Constitution Revision Commission, Revision No. 6, 2018, filed with the Secretary of State May 9, 2018; adopted 2018.

SECTION 3.    **Religious freedom.—**There shall be no law respecting the establishment of religion or prohibiting or penalizing the free exercise thereof. Religious freedom shall not justify practices inconsistent with public morals, peace or safety. No revenue of the state or any political subdivision or agency thereof shall ever be taken from the public treasury directly or indirectly in aid of any church, sect, or religious denomination or in aid of any sectarian institution.

SECTION 4.    **Freedom of speech and press.—**Every person may speak, write and publish sentiments on all subjects but shall be responsible for the abuse of that right. No law shall be passed to restrain or abridge the liberty of speech or of the press. In all criminal prosecutions and civil actions for defamation the truth may be given in evidence. If the matter charged as defamatory is true and was published with good motives, the party shall be acquitted or exonerated.

   **History.—**Am. proposed by Constitution Revision Commission, Revision No. 13, 1998, filed with the Secretary of State May 5, 1998; adopted 1998.

SECTION 5.    **Right to assemble.—**The people shall have the right peaceably to assemble, to instruct their representatives, and to petition for redress of grievances.

SECTION 6.    **Right to work.—**The right of persons to work shall not be denied or abridged on account of membership or non-membership in any labor union or labor organization. The right of employees, by and through a labor organization, to bargain collectively shall not be denied or abridged. Public employees shall not have the right to strike.

SECTION 7.    **Military power.—**The military power shall be subordinate to the civil.

SECTION 8.    **Right to bear arms.—**
   (a)    The right of the people to keep and bear arms in defense of themselves and of the lawful authority of the state shall not be infringed, except that the manner of bearing arms may be regulated by law.
   (b)    There shall be a mandatory period of three days, excluding weekends and legal holidays, between the purchase and delivery at retail of any handgun. For the purposes of this section, "purchase" means the transfer of money or other valuable consideration to the retailer, and "handgun" means a firearm capable of being carried and used by one hand, such as a pistol or revolver. Holders of a concealed weapon permit as prescribed in Florida law shall not be subject to the provisions of this paragraph.
   (c)    The legislature shall enact legislation implementing subsection (b) of this section, effective no later than December 31, 1991, which shall provide that anyone violating the provisions of subsection (b) shall be guilty of a felony.

SECTION 7.   **State University System.—**

(a)   PURPOSES.   In order to achieve excellence through teaching students, advancing research and providing public service for the benefit of Florida's citizens, their communities and economies, the people hereby establish a system of governance for the state university system of Florida.

(b)   STATE UNIVERSITY SYSTEM.   There shall be a single state university system comprised of all public universities. A board of trustees shall administer each public university and a board of governors shall govern the state university system.

(c)   LOCAL BOARDS OF TRUSTEES.   Each local constituent university shall be administered by a board of trustees consisting of thirteen members dedicated to the purposes of the state university system. The board of governors shall establish the powers and duties of the boards of trustees. Each board of trustees shall consist of six citizen members appointed by the governor and five citizen members appointed by the board of governors. The appointed members shall be confirmed by the senate and serve staggered terms of five years as provided by law. The chair of the faculty senate, or the equivalent, and the president of the student body of the university shall also be members.

(d)   STATEWIDE BOARD OF GOVERNORS.   The board of governors shall be a body corporate consisting of seventeen members. The board shall operate, regulate, control, and be fully responsible for the management of the whole university system. These responsibilities shall include, but not be limited to, defining the distinctive mission of each constituent university and its articulation with free public schools and community colleges, ensuring the well-planned coordination and operation of the system, and avoiding wasteful duplication of facilities or programs. The board's management shall be subject to the powers of the legislature to appropriate for the expenditure of funds, and the board shall account for such expenditures as provided by law. The governor shall appoint to the board fourteen citizens dedicated to the purposes of the state university system. The appointed members shall be confirmed by the senate and serve staggered terms of seven years as provided by law. The commissioner of education, the chair of the advisory council of faculty senates, or the equivalent, and the president of the Florida student association, or the equivalent, shall also be members of the board.

(e)   FEES.   Any proposal or action of a constituent university to raise, impose, or authorize any fee, as authorized by law, must be approved by at least nine affirmative votes of the members of the board of trustees of the constituent university, if approval by the board of trustees is required by general law, and at least twelve affirmative votes of the members of the board of governors, if approval by the board of governors is required by general law, in order to take effect. A fee under this subsection shall not include tuition.

**History.**—Proposed by Initiative Petition filed with the Secretary of State September 28, 2001; adopted 2002; Am. proposed by Constitution Revision Commission, Revision No. 2, 2018, filed with the Secretary of State May 9, 2018; adopted 2018.


SECTION 8.   **State College System.—**

(a)   PURPOSES.   In order to achieve excellence and to provide access to undergraduate education to the students of this state; to originate articulated pathways to a baccalaureate degree; to ensure superior commitment to teaching and learning; and to respond quickly and efficiently to meet the demand of communities by aligning certificate and degree programs with local and regional workforce needs, the people hereby establish a system of governance for the state college system of Florida.

(b)   STATE COLLEGE SYSTEM.   There shall be a single state college system comprised of all public community and state colleges. A local board of trustees shall govern each state college system institution and the state board of education shall supervise the state college system.

(c)   LOCAL BOARDS OF TRUSTEES.   Each state college system institution shall be governed by a local board of trustees dedicated to the purposes of the state college system. A member of a board of trustees must be a resident of the service delivery area of the college. The powers and duties of the boards of trustees shall be provided by law. Each member shall be appointed by the governor to staggered 4-year terms, subject to confirmation by the senate.

(d)   ROLE OF THE STATE BOARD OF EDUCATION.   The state board of education shall supervise the state college system as provided by law.

**History.**—Proposed by Constitution Revision Commission, Revision No. 2, 2018, filed with the Secretary of State May 9, 2018; adopted 2018.

ARTICLE X

History.—Added, S.J.R. 592, 2011; adopted 2012.

[1]SECTION 33.    **Ad valorem tax relief for surviving spouses of veterans who died from service-connected causes and first responders who died in the line of duty.—**This section and the amendment to Section 6 of Article VII permitting the legislature to provide ad valorem tax relief to surviving spouses of veterans who died from service-connected causes and first responders who died in the line of duty shall take effect January 1, 2013.

History.—Added, H.J.R. 93, 2012; adopted 2012.

[1]Note.—This section, originally designated section 32 by H.J.R. 93, 2012, was redesignated section 33 by the editors in order to avoid confusion with section 32 as created in S.J.R. 592, 2011.

SECTION 34.    **Solar devices or renewable energy source devices; exemption from certain taxation and assessment.—**This section, the amendment to subsection (e) of Section 3 of Article VII authorizing the legislature, subject to limitations set forth in general law, to exempt the assessed value of solar devices or renewable energy source devices subject to tangible personal property tax from ad valorem taxation, and the amendment to subsection (i) of Section 4 of Article VII authorizing the legislature, by general law, to prohibit the consideration of the installation of a solar device or a renewable energy source device in determining the assessed value of real property for the purpose of ad valorem taxation shall take effect on January 1, 2018, and shall expire on December 31, 2037. Upon expiration, this section shall be repealed and the text of subsection (e) of Section 3 of Article VII and subsection (i) of Section 4 of Article VII shall revert to that in existence on December 31, 2017, except that any amendments to such text otherwise adopted shall be preserved and continue to operate to the extent that such amendments are not dependent upon the portions of text which expire pursuant to this section.

History.—Added, C.S. for H.J.R. 193, 2016; adopted 2016.

SECTION 35.    **Tax exemption for totally and permanently disabled first responders.—**The amendment to Section 6 of Article VII relating to relief from ad valorem taxes assessed on homestead property for first responders, who are totally and permanently disabled as a result of injuries sustained in the line of duty, takes effect January 1, 2017.

History.—Added, C.S. for H.J.R. 1009, 2016; adopted 2016.

SECTION 36.    **Additional ad valorem exemption for persons age sixty-five or older.—**This section and the amendment to Section 6 of Article VII revising the just value determination for the additional ad valorem tax exemption for persons age sixty-five or older shall take effect January 1, 2017, following approval by the electors, and shall operate retroactively to January 1, 2013, for any person who received the exemption under paragraph (2) of Section 6(d) of Article VII before January 1, 2017.

History.—Added, C.S. for H.J.R. 275, 2016; adopted 2016.

SECTION 37.    **Eligibility of justices and judges.—**The amendment to Section 8 of Article V, which increases the age at which a justice or judge is no longer eligible to serve in judicial office except upon temporary assignment, shall take effect July 1, 2019.

History.—Proposed by Constitution Revision Commission, Revision No. 1, 2018, filed with the Secretary of State May 9, 2018; adopted 2018.

SECTION 38.    **Prohibitions regarding lobbying for compensation and abuse of public position by public officers and public employees.—**The amendments to Section 8 of Article II and Section 13 of Article V shall take effect December 31, 2022; except that the amendments to Section 8(h) of Article II shall take effect December 31, 2020; and:

(a)    The Florida Commission on Ethics shall, by rule, define the term "disproportionate benefit" and prescribe the requisite intent for finding a violation of the prohibition against abuse of public position by October 1, 2019, as specified in Section 8(h) of Article II.

(b)    Following the adoption of rules pursuant to subsection (a), the legislature shall enact implementing legislation establishing penalties for violations of the prohibition against abuse of public position to take effect December 31, 2020.

History.—Proposed by Constitution Revision Commission, Revision No. 7, 2018, filed with the Secretary of State May 9, 2018; adopted 2018.

SECTION 39.   **Prohibition on racing of or wagering on greyhounds or other dogs.**—The amendment to Article X, which prohibits the racing of or wagering on greyhound and other dogs, and the creation of this section, shall take effect upon the approval of the electors.

**History.**—Proposed by Constitution Revision Commission, Revision No. 8, 2018, filed with the Secretary of State May 9, 2018; adopted 2018.

SECTION 40.   **Transfer of the accrued benefit from specified limitations on homestead property tax assessments; increased portability period.**—This section and the amendment to Section 4 of Article VII, which extends to three years the time period during which the accrued benefit from specified limitations on homestead property tax assessments may be transferred from a prior homestead to a new homestead, shall take effect January 1, 2021.

**History.**—Added, H.J.R. 369, 2020; adopted 2020.

SECTION 41.   **Ad valorem tax discount for surviving spouses of certain permanently disabled veterans.**—The amendment to Section 6 of Article VII, relating to the ad valorem tax discount for spouses of certain deceased veterans who had permanent, combat-related disabilities, and this section shall take effect January 1, 2021.

**History.**—Added, H.J.R. 877, 2020; adopted 2020.

SECTION 42.   **Annual adjustment to homestead exemption value.**—This section and the amendment to Section 6 of Article VII requiring an annual adjustment for inflation of specified homestead exemptions shall take effect January 1, 2025.

**History.**—Added, C.S. for H.J.R. 7017, 2024; adopted 2024.

Copyright © 1995-2025 The Florida Legislature • Privacy Statement • Contact Us

**EXHIBIT D**

# ALL ABOUT
# CENTRAL FLORIDA

LOCATIONS & CAMPUSES

## Orlando's Hometown University

Looking for a university with campus locations designed to fit your needs? Look no further than UCF. With more than a dozen locations throughout Central Florida, we make it convenient for you to earn a high-quality education in and around Orlando — one of the fastest-growing metro regions in America. Multiple campuses, specialized colleges and online courses provide access to UCF's accredited, flexible degree programs no matter where you are.

And no matter how you like to learn — full-time or part-time, new student or nontraditional — UCF has the programs to fit your schedule and your budget.

Explore what it's like to be a Knight.

VISIT UCF

# Main Campus

**THE MAIN ATTRACTION**

As UCF's home since 1968, our 1,420-acre main campus in east Orlando is impressive in size and even bigger in potential. Modern facilities and state-of-the-art technology keep you connected to classwork and social communities, while 800 acres of woodlands, lakes and an arboretum help you reconnect with nature. Whether you're inside a classroom or outside exploring, our campus is an exciting place to learn — and an easy place to love.





**AVAILABLE DEGREES**

*Search UCF majors, minors, masters, doctoral degrees and more*



**SCHEDULE A TOUR**

*Take a tour of the campus and see if UCF is right for you*



**APPLY NOW**

*Whether you're new or applying for graduate school, get started today*

# Academic Health Sciences Campus

**LAKE NONA'S MEDICAL CITY AND BEYOND**

The UCF Academic Health Sciences Center is educating future doctors, nurses, healthcare providers and scientists in a new and better way for the 21st century. It's your destination for innovative health and wellness services. Plus, cancer patients from around Orlando and surrounding areas benefit from a one-stop research and treatment center, which opened in 2021. The new center houses cancer researchers, clinical trials and treatment for patients.

Our location in Lake Nona's Medical City, with esteemed neighbors including Nemours Children's Hospital, the University of Florida Research and Academic Center, the VA Medical Center and UCF Lake Nona Hospital, is unrivaled and ensures we'll continue to epitomize innovation and transform healthcare for generations to come.

**EXPLORE FURTHER**

Academic Health Sciences Center

Health Sciences Campus

UCF Health

Student Health Services





**THIS IS UCF**

*Facts, stats and rankings*



**OUT OF STATE STUDENTS**

*Your future starts here*



## CAMPUS MAP

*Locate labs, offices, parking & food*

# UCF Downtown

**BIG DREAMS, BIGGER FUTURES**

UCF Downtown is a game-changing campus in the heart of our great city that offers the opportunity for students to live, learn and work in downtown Orlando. Opened in Fall 2019, the 15-acre campus incorporates innovative technology to create a 21st-century learning environment. UCF Downtown is the home base for a variety of degree programs, including those focused on civic engagement and government, safety and justice, community well-being, content creation, communication, and digital arts and entertainment.

**EXPLORE FURTHER**

UCF Downtown

FIEA – Florida Interactive Entertainment Academy





**AVAILABLE DEGREES**

*Search UCF majors, minors, masters, doctoral degrees and more*



**SCHEDULE A TOUR**

*Take a tour of the campus and see if UCF is right for you*



APPLY NOW

*Whether you're new or applying for graduate school, get started today*

# Rosen College of Hospitality Management

**LET'S SERVE TOGETHER**

Looking to start a career in hospitality management? Look no further than UCF's Rosen College of Hospitality Management. We're ranked the No. 1 top hospitality and tourism program in the U.S. by *ShanghaiRanking* and *CEOWorld* magazine consistently names UCF among the best hospitality colleges in the world.

Located in the heart of Orlando's hospitality corridor next to world-famous attractions, resorts, restaurants and convention spaces, our 159,000-square-foot building is the largest and most advanced facility ever built for hospitality management education. And for good reason. With millions of visitors each year, Orlando is the nation's No. 1 destination for travel. So you won't just be learning in America's top hospitality and tourism destination — you'll be immersed in it.

**EXPLORE FURTHER**

Hospitality Degree Programs





**THIS IS UCF**

*Facts, stats and rankings*



**OUT OF STATE STUDENTS**

*Your future starts here*



**CAMPUS MAP**

*Locate labs, offices, parking & food*

# UCF Online

**ATTEND UCF FROM ANYWHERE — ONLINE PROGRAMS**

Sometimes, going to class means not going anywhere at all. With UCF Online, choose from more than 100 programs available fully online so you can learn wherever and whenever it's convenient for you. Take classes from your home, or earn a degree on your lunch break. Access your courses and materials right from your fingertips.

With 25 years of innovation in distance learning, you'll get a high-quality education without ever having to find a parking space. Choose from a wide range of programs, including healthcare, engineering, hospitality, leadership and management, among many others. From online bachelor's, master's and doctoral programs to professional certificates, gain a competitive edge and achieve your dreams.

**EXPLORE FURTHER**

Online Bachelor Degrees

Online Graduate Degrees

Online Doctoral Degrees

Professional Certificates

# UCF Connect Campuses

**GO FAR, DRIVE LESS**

Dedicated to offering an education that fits your lifestyle and busy schedule, UCF Connect offers centers conveniently located throughout Central Florida. These extend our reach to neighboring communities, within an 80-mile radius of the UCF Orlando campus. More options and more opportunities ensure that you're able to get the same programs and services as UCF's main campus, plus smaller class sizes, personalized advising and expert faculty.

Another big benefit is DirectConnect to UCF, which accelerates your admission if you've earned an A.A. or articulated A.S. degree from a local partner college. This fosters a seamless transition as you advance from your associate degree to upper-level division work on a bachelor's degree. Find out more information by clicking on a location below.

**EXPLORE FURTHER**

DirectConnect to UCF

Transfer to UCF

## Altamonte Springs                     Cocoa

**Daytona Beach**                                    Ocala

**Sanford/Lake Mary**                          **South Lake**

**Valencia East**                                    **Valencia Osceola**

**Valencia West**                                              **All**

# LOOKING FOR SOMETHING MORE?

| Library |
| --- |

View All Locations

UNIVERSITY OF CENTRAL FLORIDA

About UCF    BOT    Contact    Faculty    Jobs    Online Degrees    Policies    Privacy Notice    Public Records    Regulations    Report a Concern

Student Achievement    UCF News

4000 Central Florida Blvd. Orlando, Florida, 32816 | 407.823.2000
© University of Central Florida

**PROOF OF SERVICE**

United States District Court

Central District of California

*Jane Doe*

v.

*John Roe 1, et al.,*

Case No. 2:25-cv-02191-HDV-KES

I, Devon MacGregor, am employed in Los Angeles County, California. I am over the age of 18 years and not a party to the within action. My business is 523 W. 6th Street, Suite 716, Los Angeles, CA 90014, (213) 226-7068.

On June 2, 2025, I caused to be served the following documents(s): as follows:

**DEFENDANT THE UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES ERRONEOUSLY SUED AS THE UNIVERSITY OF CENTRAL FLORIDA'S REQUEST FOR JUDICIAL NOTICE**

**BY ELECTRONIC SERVICE:** I caused said documents to be transmitted by electronic mail. The name(s) and email address(es) of the person(s) served are set forth in the service list. The document was transmitted by electronic transmission and without error.

I declare that penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on June 2, 2025, Winchester, California.


_Devon MacGregor_
Devon MacGregor

6

1

**PROOF OF SERVICE**

2

United States District Court

3

Central District of California

4

*Jane Doe*

5

v.

6

*John Roe 1, et al.,*

7

Case No. 2:25-cv-02191-HDV-KES

8

9

10

Jane Doe, PhD
1217 Wilshire Blvd.

11

Santa Monica, CA 90403
(310) 409-6130

12

doeplaintiffphd@gmail.com
***Plaintiff in Pro Per***

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT THE UNIVERSITY OF CENTRAL FLORIDA'S
REQUEST FOR JUDICIAL NOTICE