1  Christopher Campbell, Esq. SBN 309234
2  ccampbell@lydecker.com
   Bryan B. Miller, Esq., SBN 178134
3  bmiller@lydecker.com
4  Javkhlan Enkhbayar, Esq. SBN 327764
   jenkhbayar@lydecker.com
5  **LYDECKER**
   523 West Sixth Street, Suite 716
6  Los Angeles, CA 90014
7  Telephone: (213) 226-7068
   Facsimile: (213) 293-4425
8

9  Attorneys for Defendant
10 University of Central Florida's Board of Trustees
   erroneously sued as the University of Central Florida

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane Doe, an individual, | Case No. 2:25-cv-02191-HDV-KES |
| Plaintiff, | Assigned to Hon. Hernán D. Vera |
| vs. | |
| JOHN ROE 1, an individual; JOHN ROE 2, an individual; and DOES 1-100, inclusive, | **DECLARATION OF BRYAN BARNET MILLER REGARDING MEET AND CONFER UNDER LOCAL RULE 7-3** |
| Defendants. | Complaint Filed:  January 19, 2024<br>Trial Date:  Not Set |

**DECLARATION OF BRYAN BARNET MILLER**

I, Bryan Barnet Miller, declare:

1. I am a partner at Lydecker, and I am duly licensed to practice law in the State of California, all U.S. District Courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. I am counsel of record for Defendant University of Central Florida ("UCF") in the above-captioned action. This declaration is submitted regarding the meet and confer requirements under local rule 7-3 regarding UCF's Rule 12 Motion.

2. I met and conferred with Plaintiff in pro per, Dr. Jane Doe, PhD, on May 20, 2025, at 11:00 a.m. PDT, via zoom, for approximately 36 minutes. The gravamen of this discussion was plaintiff's assertion of jurisdiction over the person for purposes of this lawsuit. It was discussed with Dr. Jane Doe that it is her burden of proof by a preponderance of evidence to show UCF's Jurisdiction over the person.

3. Dr. Jane Doe, a long-time resident of California, considers the appropriate venue and jurisdiction to be in California.

4. The *Calder v. Jones* case was extensively discussed. It was explained that Shirley Jones was a famous public figure that had worked in the entertainment industry for over six decades.

5. Dr. Doe was unequivocal that she was a private figure and not a public figure.

6. Dr. Doe admitted that to hold peer-reviewed, tenured-tracked academics to a public figure standard would lead to preposterous results as it would mean jurisdiction over the person for all peer-reviewed tenured academics in the United States.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Executed on June 2, 2025, at Encino, California.

*/s/ B Miller/*

Bryan Barnet Miller

# PROOF OF SERVICE

United States District Court

Central District of California

*Jane Doe*

v.

*John Roe 1, et al.,*

Case No. 2:25-cv-02191-HDV-KES

I, Devon MacGregor, am employed in Los Angeles County, California. I am over the age of 18 years and not a party to the within action. My business is 523 W. 6th Street, Suite 716, Los Angeles, CA 90014, (213) 226-7068.

On June 2, 2025, I caused to be served the following documents(s): as follows:

**DECLARATION OF BRYAN BARNET MILLER REGARDING MEET AND CONFER UNDER LOCAL RULE 7-3**

**BY ELECTRONIC SERVICE:** I caused said documents to be transmitted by electronic mail. The name(s) and email address(es) of the person(s) served are set forth in the service list. The document was transmitted by electronic transmission and without error.

I declare that penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on June 2, 2025, at Winchester, California.

*Devon MacGregor*
Devon MacGregor

4

# PROOF OF SERVICE

United States District Court

Central District of California

*Jane Doe*

v.

*John Roe 1, et al.,*

Case No. 2:25-cv-02191-HDV-KES

Jane Doe, PhD
1217 Wilshire Blvd.
Santa Monica, CA 90403
(310) 409-6130
doeplaintiffphd@gmail.com
***Plaintiff in Pro Per***

DECLARATION OF BRYAN BARNET MILLER REGARDING MEET AND CONFER UNDER LOCAL RULE 7-3