1  Jane Doe, PhD
   1217 Wilshire Blvd, #3006
2  Santa Monica, CA, 90403
   (310) 409-6130
3  Email:  doeplaintiffphd@gmail.com

4

5  JANE DOE, PhD, IN PRO PER

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11
   JANE DOE, an individual,                    )  Case No. 2:25-cv-02191-HDV-PD
12                                              )
              Plaintiff,                        )
13                                              )  **PLAINTIFF'S NOTICE OF VOLUNTARY**
          vs.                                   )  **DISMISSAL OF PARALLEL FLORIDA**
14                                              )  **ACTION**
   JOHN ROE 1, an individual; JOHN ROE 2, an    )
15 individual; and DOES 1-100, inclusive,       )
                                                )  Assigned for All Purposes to:
16            Defendants.                        )  Hon. Hernan D. Vera
                                                )
17                                              )  Original Complaint Filed: January 19, 2024
                                                )  Trial Date: Not Set
18                                              )
                                                )  State Court Case No. 24STCV01533
19                                              )
                                                )
20                                              )

21 _____

22

23 TO THE HONORABLE COURT AND ALL PARTIES:

24

25 Plaintiff Jane Doe respectfully notifies the Court that the separate state-court defamation complaint

26 previously filed in Pinellas County, Florida (referenced in Defendants' Request for Judicial Notice,

27 Dkt. 48, as Exhibit A), has been voluntarily dismissed without prejudice.

28

                                          - 1 -
                    PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

FILED
CLERK, U.S. DISTRICT COURT
7/15/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___RYO___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

1    Plaintiff was not aware that the Florida matter remained active, and did not have an opportunity to

2    review or authorize the complaint before it was filed. Upon learning of its status, Plaintiff acted

3    promptly to file a voluntary dismissal. A copy of the court-accepted dismissal notice is available

4    upon request.

5

6    This Notice is submitted to eliminate any confusion as to forum and to clarify that Plaintiff intends

7    to pursue her defamation and related tort claims exclusively in this Court.

8

9    Dated: July 15, 2025

10   Respectfully submitted,

11

12   /s/ Jane Doe

13   Jane Doe, Pro Se

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL