Christopher Campbell, Esq. SBN 309234
ccampbell@lydecker.com
Bryan Miller, Esq., SBN 178134
bmiller@lydecker.com
Javkhlan Enkhbayar, Esq. SBN 327764
jenkhbayar@lydecker.com
**LYDECKER**
523 West Sixth Street, Suite 716
Los Angeles, CA 90014
Telephone: (213) 226-7068
Facsimile: (213) 293-4425

Attorneys for Defendant
University of Central Florida Board of Trustees
erroneously sued as the University of Central Florida

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

link 59
cc: Reporter's Office
    Laura Elias

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane Doe, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN ROE 1, an individual; JOHN ROE 2, an individual; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-02191-HDV-KES<br><br>Assigned to<br>Hon. Hernán D. Vera<br><br>**[~~PROPOSED~~] ORDER GRANTING UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES ERRONEOUSLY SUED AS THE UNIVERSITY OF CENTRAL FLORIDA'S *EX PARTE* APPLICATION TO UNSEAL THE REPORTER'S TRANSCRIPT OF JUNE 26, 2025.**<br><br>Complaint Filed:   January 19, 2024<br>Trial Date:        Not Set |

1

The Board of Trustees of the University of Central Florida (hereinafter: "BOT")'s *ex parte* application was reviewed to determine good cause for unsealing the reporter's transcript of June 26, 2025.

GOOD CAUSE APPEARING,

~~1.) It is necessary of the prosecution of the BOT's case;~~

2.) ~~It is necessary for the integrity of the judicial system;~~

~~The Court Reporter's Transcript of June 26, 2025, is ordered unsealed. By unsealing the Reporters Transcript there is compliance with Fed. R. Civ. P. 5.2 and L.R. 5.2.~~

**The Court orders the Reporter's Office to provide a sealed copy of the June 26, 2025 transcript to defense counsel: Christopher Campbell, Bryan Miller, and Javkhlan Enkhbayar. The Court also orders that the transcript remained sealed until further order of the Court.**

IT IS SO ORDERED.

DATED: 7/31/25

_____
UNITED STATES DISTRICT COURT
JUDGE HERNÁN D. VERA